159 So. 920

**John PATTERSON v. STATE.**

8 Div. 935.

Court of Appeals of Alabama.
Feb. 12, 1935.

J. G. Rankin and R. B. Patton, both of Athens, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The record in this case has been read and each exception considered. There is no merit in any of them. The rulings of the court are free from error, and, no error appearing in the record, the judgment is affirmed.

Affirmed.

161 So. 920

**John PATTON v. CITY OF HUNTSVILLE.**

8 Div. 135.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

161 So. 920

**John PATTON v. CITY OF HUNTSVILLE.**

8 Div. 136.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Affirmed.

155 So. 922

**Sam PATTY v. STATE.**

7 Div. 55.

Court of Appeals of Alabama.
June 27, 1934.

BRICKEN, Presiding Judge.
Affirmed.

152 So. 924

**Louie PAYNE v. CITY OF HUNTSVILLE.**

8 Div. 906.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

159 So. 920

**L. B. PAYNE v. STATE.**

8 Div. 16.

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.